IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN FOWLER,

        Petitioner,        No. CIV S-11-0911 GGH P

   vs.

W. KNIPP, Warden,

        Respondent.       <u>ORDER</u>

_____/

        Pursuant to the <u>Order</u>, filed on April 22, 2011, petitioner, by filing dated May 4, 2011, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. <u>See</u> 28 U.S.C. § 1915(a).

DATED: June 6, 2011        /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
0911.ifpg